# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2014

149099

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
  Plaintiff-Appellee,

v

BRANDON MARCEL HALL a/k/a
BRANDON MARCELL HALL,
  Defendant-Appellant.

SC: 149099
COA: 320118
Macomb CC: 2011-001083-FH,
 2012-001979-FH, 2012-001980-FH,
 2012-003032-FH, 2012-003323-FH,
 2012-003484-FH, 2012-003845-FH

_____/

  On order of the Court, the application for leave to appeal the March 4, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



  I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2014



        Clerk

t0721